IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **HUMANA INC.**, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-909-O |
| | ) |
| **ROBERT F. KENNEDY, JR.**, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF APPEAL**

Please take notice that the Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on September 25, 2025, ECF No. 77.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

Date: November 21, 2025